IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KALEN CRANDALL, )
)
    Petitioner, )
)
v. ) CASE NO. CV416-224
)
JOSE MORALES, )
)
    Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which Petitioner has filed objections (Doc. 5). After careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 petition is **DENIED WITHOUT PREJUDICE** as to his refiling in an appropriate venue. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA