# United States District Court
## Southern District of Georgia

Kalen Cranall

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-224,

Jose Morales,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 11/4/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2254 petition.



| 11/4/16 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Walker Prescott*
*(By) Deputy Clerk*